RECEIVED
FEB 21 2019
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| NICHOLAS TANNEHILL, SR., Plaintiff | CIVIL ACTION NO. 1:18-CV-00242 |
| VERSUS | JUDGE DRELL |
| CASSANDRA TANNEHILL, et al, Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (*de novo*) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the Rule 12(b)(1) and Rule 12(b)(6) Motions to Dismiss (Doc. 12), filed by Defendants Judges B. Scott Leehy, Frederic C. Amman, III, Carl V. Sharp, Robert C. Johnson, and Hearing Officer Lisa T. Sullivan (collectively "the judges") are GRANTED.

IT IS FURTHER ORDERED that Nicholas Tannehill's claims against the judges in their official capacity are DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction.

IT IS FURTHER ORDERED that Nicholas Tannehill's claims against the judges in their individual capacity are DISMISSED WITHOUT PREJUDICE for failure to state a plausible claim for relief.

IT IS FURTHER ORDERED that Defendants Gregory G. Elias's and Cassandra Tannehill's Rule 12(b)(1) and Rule 12(b)(6) Motions to Dismiss (Docs. 4, 7) are GRANTED.

IT IS FURTHER ORDERED that Nicholas Tannehill's claims against Defendants Gregory G. Elias and Cassandra Tannehill are DISMISSED WITHOUT PREJUDICE for failure to state a plausible claim for relief under 42 U.S.C. § 1983, and under the Younger abstention doctrine.

IT IS FURTHER ORDERED that Defendants Gregory G. Elias and Cassandra Tannehill's Motions for Attorney's Fees (Docs. 4, 7) are DENIED.

IT IS FURTHER ORDERED that Nicholas Tannehill's state law tort claims are DISMISSED WITHOUT PREJUDICE, as the Court declines to exercise supplemental jurisdiction under 28 U.S.C. § 1367(c).

SIGNED this 20th day of February 2019, at Alexandria, Louisiana.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT